MS. CATHY S. LUSK
TWELFTH COURT OF APPEALS
1517 WEST FRONT STREET
SUITE 354
TYLER, TEXAS 75702

REC'D IN COURT OF APPEALS
12th Court of Appeals District
AUG 06 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

RE: TRIAL COURT NO: 31675
12TH COURT OF APPEALS CASE NO.: 12-15-00186-CR
Lonnie Lynn JOHNSON V. THE STATE OF TEXAS

NOTICE OF CHANGE OF MAILING ADDRESS

DEAR MS. LUSK;

THIS LETTER IS TO NOTIFY YOU OF MY NEW MAILING ADDRESS.

PLEASE MAIL ALL FUTURE MATTERS CONCERNING THE ABOVE-REFERENCED APPEAL TO THE BELOW PROVIDED ADDRESS UNTIL FURTHER NOTICE.

THANK YOU FOR YOUR ATTENTION IN THIS MATTER

VERY TRULY YOURS,

Lonnie Lynn JOHNSON

Lonnie Lynn JOHNSON
TDCJ, GURNEY UNIT
1385 FM 3288
TENNESSEE COLONY, TX
75861